**2002–1277. Yoder v. Zaino.**

Board of Tax Appeals, Nos. 02–A–140, 02–A–141, and 02–A–328. Sua sponte, cause consolidated for argument and decision with 2002–1276, *DeWeese v. Zaino,* Board of Tax Appeals, Nos. 02–A–144, 02–A–145, and 02–A–327, and 2002–1278, *Snider v. Zaino,* Board of Tax Appeals, Nos. 02–A–137, 02–A–138, and 02–A–329.

**2002–1278. Snider v. Zaino.**

Board of Tax Appeals, Nos. 02–A–137, 02–A–138, and 02–A–329. Sua sponte, cause consolidated for argument and decision with 2002–1276, *DeWeese v. Zaino,* Board of Tax Appeals, Nos. 02–A–144, 02–A–145, and 02–A–327, and 2002–1277, *Yoder v. Zaino,* Board of Tax Appeals, Nos. 02–A–140, 02–A–141, and 02–A–328.

**2002–1685. Dairy Farmers of Am., Inc. v. Zaino.**

Board of Tax Appeals, No. 98–P–366. Sua sponte, cause consolidated for argument and decision with 2002–1261, *Dairy Farmers of Am., Inc. v. Zaino,* Board of Tax Appeals, No. 01–M–378, and 2002–1262, *Farmers Dairy Foods, Inc. v. Zaino,* Board of Tax Appeals, No. 97–R–167.

**2003–0018. Hammons v. Chisholm.**

Cuyahoga App. No. 81389, 2002-Ohio-6337. On motion for emergency hearing and to expedite review. Motion denied.

**2003–0047. State v. Richards.**

Cuyahoga App. No. 79350, 2002-Ohio-6623. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0095, *State v. Richards,* Cuyahoga App. No. 79350, 2002-Ohio-6623; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.

**2003–0116. Goodlett v. Ohio Cas. Group.**

Butler App. No. CA2002–04–090. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry Granting Motion to Certify Conflict filed January 10, 2003:

"Where both a person and a corporation are named insureds in a commercial automobile liability policy, is there still ambiguity in the word 'you' as found by the Ohio Supreme Court in *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.,* 85 Ohio St.3d 660, 1999-Ohio-292, with regard to the definition of 'who is an insured?' "

F.E. SWEENEY, J., dissents.

Sua sponte, cause consolidated with 2003–0038, *Goodlett v. Ohio Cas. Group,* Butler App. No. CA2002–04–090.

F.E. SWEENEY, J., dissents.

**2003–0319. State v. Evans.**

Franklin App. No. 02AP–230, 2002-Ohio-6559. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed January 31, 2003:

"For the reasons stated in the memorandum decision of this court rendered herein on January 30, 2003, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Eighth District Court of Appeals for Cuyahoga County in *State v. Zimmerman* (Dec. 6, 2001), Cuyahoga App. No. 79011 [2001 WL 1671152], is granted, and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Ohio Supreme Court for review and final determination upon the following issue in conflict: 'If a trial court properly imposes the maximum sentence on a first-time offender pursuant to the requirements in R.C. 2929.14(C), does the "except as provided in division (C)" language contained in R.C. 2929.14(B) relieve the court from the requirements under R.C. 2929.14(B) regarding minimum sentences?' "

RESNICK and F.E. SWEENEY, JJ., dissent.

Sua sponte, cause consolidated with 2003–0083, *State v. Evans,* Franklin App. No. 02AP–230, 2002-Ohio-6559.

RESNICK and F.E. SWEENEY, JJ., dissent.